Form ntcclmdbtr

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **20−46320−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Georgiana Reeder
   250 North Liberty Street, Unit 309B
   Belleville, MI 48111

Social Security No.:
   xxx−xx−8494

Employer's Tax I.D. No.:

### NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE

**NOTICE IS HEREBY GIVEN** that on 12/2/20 a claim was filed by the Debtor/Trustee on behalf of State of Michigan in the amount of $ 7538.19 .

Dated: 12/3/20

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT